# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**GABINO RAMOS HERNANDEZ**                                                         **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO. 2:18-cv-19-KS-MTP**

**UNITED STATES BUREAU OF**
**IMMIGRATION CUSTOMS ENFORCEMENT**                     **DEFENDANT**

## NOTICE OF SERVICE OF INDEX

Defendant, by and through the United States Attorney, and the undersigned Assistant United States Attorney, hereby provides notice that it has on this day provided to Plaintiff Gabino Hernandez a *Vaughn* Index.

Date:  April 15, 2019                                 Respectfully submitted,

                                                                      D. MICHAEL HURST, JR.
                                                                      *United States Attorney*

                                                             By: ANGELA GIVENS WILLIAMS
                                                                 MS Bar No. 102469
                                                                 *Assistant United States Attorney*
                                                                 501 East Court Street, Suite 4.430
                                                                Jackson, Mississippi 39201
                                                                Telephone: 601-965-4480
                                                                Telecopier: 601-965-4409
                                                                E-mail:  Angela.Williams3@usdoj.gov