UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

EASTERN DIVISION

GABINO RAMOS HERNANDEZ                    Civil Action No. 2:18 -cv-019 KS MTP
                Plaintiff

    Vs.

THE UNITED STATES BUREAU OF IMMIGRATION
AND CUSTOM ENFORCEMENT
                Defendant

**ORDER**

Considering the foregoing Motion to Dismiss with Prejudice, and there being no objection by Defendant, It Is Hereby Ordered that the above captioned matter is hereby dismissed with prejudice, each party to bear their own cost.

Hattiesburg, Mississippi, this ___ day of April, 2019

                                                                         _____