**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**GABINO RAMOS HERNANDEZ**                                             **PLAINTIFF**

**V.**                                     **CIVIL ACTION NO. 2:18-cv-19-KS-MTP**

**THE UNITED STATES BUREAU OF**
**IMMIGRATION AND CUSTOM ENFORCEMENT**              **DEFENDANT**

## JUDGMENT OF DISIMSSAL

This cause came before the Court on Plaintiff's Motion to Dismiss with Prejudice [13] dated April 18, 2019. Upon review of the request and there being no objection from the Defendant, the Court finds that dismissal is warranted.

Therefore, it is hereby ORDERED pursuant to Federal Rule of Civil Procedure 41(a)(2) and 58 that this case is dismissed with prejudice, with each party to bear its own cost. This case is closed.

SO ORDERED AND ADJUDGED this 19th day of April 2019.

                                               /s/ Keith Starrett_____
                                               KEITH STARRETT
                                               UNITED STATES DISTRICT JUDGE